UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-cv-24786-DPG

KENNETH MANSFIELD,

    *Plaintiff*,

vs.

NCL (BAHAMAS), LTD., A BERMUDA
COMPANY,

_____/

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT
OF ITS MOTION TO DISMISS AND
TO STRIKE AND/OR DISMISS PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**

    Defendant, NCL (Bahamas) Ltd., by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida hereby submits this Notice of Supplemental Authority in support of its Motion to Dismiss and to Strike and/or Dismiss Plaintiff's Claim For Punitive Damages [ECF No. 5]:

    *Anglade-Dorleans v. NCL (Bahamas) Ltd..*, No.  25-cv-23217-LFL, (S.D. Fla. Apr. 2, 2026) (granting NCL's motion to strike a passenger's claim for punitive damages because the allegations of her alleged slip and fall fell "well below the 'exceptional circumstances' standard" required for punitive damages).[1]

    Respectfully Submitted,

    **NORWEGIAN CRUISE LINE**
    Attorneys for Defendant

    By:_____ s/ *Todd L. Sussman*_____
        **Todd L. Sussman, Esq.**
        Florida Bar No. 0084729
        tsussman@nclcorp.com

---

[1]    Attached as Exhibit "A.".

*CASE NO.: 25-cv-24786-DPG*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Todd L. Sussman*
**Todd L. Sussman, Esq.**

**SERVICE LIST**

*Kenneth Mansfield vs. NCL (Bahamas) Ltd.*
Case No.: 25-cv-24786
United States District Court for the Southern District of Florida

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone:    (305) 436-4653
Facsimile:    (305) 468-2132
tsussman@nclcorp.com
jjara@nclcorp.com
*Attorneys for Defendant*

Gary N. Mansfield, Esq.
Ronnie Bronstein, Esq.
David Stone, Esq.
Robert Mansen, Esq.
Mansfield, Bronstein & Stone, LLP
200 East Boulevard, Suite 1250
Fort Lauderdale, Florida 33301
Phone 954.601.5600
litigation@mblawpa.com
*Attorneys for Plaintiff*